UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

JAMES ELLIS JOHNSON

            Plaintiff,

   v.

UNITED STATES

            Defendant.
_____/

No. C 10-00647 LB

**ORDER DIRECTING DEFENDANT TO FILE CONSENT/DECLINATION FORM**

The CMC in this case is set for June 17, 2010. In its CMC Statement, Defendant stated, "The parties will consent to magistrate judge jurisdiction." (Dkt. #14 at 2.) However, Defendant has not yet filed a written consent form. This civil case was randomly assigned to Magistrate Judge Beeler for all purposes including trial. In accordance with 28 U.S.C. § 636(c), the magistrate judges of this district court are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by Magistrate Judge Beeler may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

You have the right to have your case assigned to a United States District Judge for trial and disposition. Accordingly, Defendant shall inform the Court whether it consents to Magistrate Judge

C 10-00647 LB

1  Beeler's jurisdiction or requests reassignment to a United States District Judge for trial. The
2  consent/declination form shall be filed by June 15, 2010.
3  **IT IS SO ORDERED.**

5  Dated: June 11, 2010

6  _____
   LAUREL BEELER
   United States Magistrate Judge

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| JAMES ELLIS JOHNSON, | No. C 10-00647 LB |
| Plaintiff(s), | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| UNITED STATES, | |
| Defendant(s). | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____        _____
                                             Signature

                                             Counsel for _____
                                             (Plaintiff, Defendant or indicate "pro se")

C 10-00647 LB                3

UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| JAMES ELLIS JOHNSON,<br><br>    Plaintiff(s),<br><br>    v.<br><br>UNITED STATES,<br><br>    Defendant(s).<br>_____/ | No. C 10-00647 LB<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

    The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____      Signature_____

                                             Counsel for _____
                                             (Plaintiff, Defendant, or indicate "pro se")