JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3697
   FAX: (510) 637-3724

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JAMES ELLIS JOHNSON, ) <br> ) <br>    Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> UNITED STATES, ) <br> ) <br>    Defendant. ) <br> ———————————————— ) | No. C 10-0647-LB <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR COMPLETING MEDIATION** |

    Plaintiff, proceeding pro se, and Defendant, by and through its attorneys of record, hereby stipulate, subject to approval of the Court, to extend the deadline for completing court-sponsored mediation from September 17, 2010, to December 31, 2010, on the ground that the parties believe, upon further reflection, that they will be better prepared for the mediation if the mediation occurs after the close of fact discovery (which occurs on November 8, 2010).

//

//

//

//

//

//

STIPULATION TO EXTEND DEADLINE FOR COMPLETING MEDIATION
C 10-0647-LB                                        1

| | | |
|---|---|---|
| 1 | DATED: July 9, 2010 | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 2 | | |
| 3 | | /s/<br>EDWARD A. OLSEN |
| 4 | | Assistant United States Attorney<br>Attorneys for Defendant |
| 7 | DATED: July 9, 2010 | /s/ |
| 8 | | JAMES ELLIS JOHNSON |

**[~~PROPOSED~~] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: July 13, 2010

_____
LAUREL BEELER
United States Magistrate Judge

*(Stamp: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Laurel Beeler)*

STIPULATION TO EXTEND DEADLINE FOR COMPLETING MEDIATION
C 10-0647-LB                                                    2