MELINDA L. HAAG (CSBN132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JUAN D. WALKER (CSBN 208008)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6915
Facsimile:  (415) 436-6927
Email: juan.walker@usdoj.gov

Attorneys for the Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JAMES ELLIS JOHNSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES, ) <br> ) <br> Defendant. ) <br> ) | No. C 10-0647-LB <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND CASE MANAGEMENT DEADLINES** |

Plaintiff, proceeding pro se, and Defendant, by and through its attorneys of record, hereby stipulate, subject to approval of the Court, to the following:

1. Counsel for Defendant has been invited to participate in training to become a mediator on the Mediation Panel for the United States District Court, Northern District of California.  The mandatory mediator training consists of 4 full days, and counsel is scheduled to attend from 9:00am to 5:00pm on February 10-11, 2011 and March 4-5, 2011. Therefore, the mandatory training conflicts with the Further Case Management Conference in this matter which currently is scheduled for February 10, 2011 at 1:30pm.

2. Furthermore, Plaintiff will be out of state in Louisiana attending to personal matters from February 11, 2011 until on or about March 6, 2011.

//

STIPULATION TO EXTEND CMC DEADLINES
C 10-0647-LB                                   1

1    3. The Defendant and Plaintiff therefore request that the Court extend the following Case
2 Management Deadlines by approximately 30 days as follows:
3         Further Case Management Conference - 3/10/11 at ~~1:30pm~~ 10:30 a.m.
4         Non-Expert Discovery Completion Date - 4/10/11
5         Expert disclosures required by Federal Rules of Civil Procedure - 4/10/2011
6         Rebuttal expert disclosures - 4/25/2011
7         Expert discovery completion date - 5/25/2011
8         Last hearing date for dispositive motions - 7/21/2011, at 11:00 a.m.

10   DATED: January 24, 2011                    MELINDA L. HAAG
                                                United States Attorney

12                                              /s/
                                                JUAN D. WALKER
13                                              Special Assistant United States Attorney
                                                Attorneys for Defendant

16   DATED: January 24, 2011                    /s/
17                                              JAMES ELLIS JOHNSON

20                          **[~~PROPOSED~~] ORDER**

21   Pursuant to stipulation, IT IS SO ORDERED.

23   Dated: January  25 , 2011
                                                _____
                                                LAUREL BEELER
                                                United States Magistrate Judge

     *(Signature and seal: Judge Laurel Beeler, United States District Court, Northern District of California — "IT IS SO ORDERED")*

STIPULATION TO EXTEND CMC DEADLINES
C 10-0647-LB                                    2