1  MELINDA L. HAAG (CSBN132612)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  JUAN D. WALKER (CSBN 208008)
   Special Assistant United States Attorney
4    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
5    Telephone: (415) 436-6915
     Facsimile:  (415) 436-6927
6    Email: juan.walker@usdoj.gov

7  Attorneys for the Federal Defendant

8

   Mr. James E. Johnson
9  1819 Golden Gate Ave #12
   San Francisco, CA 94115
10
   Plaintiff Pro Se
11

12                UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                    OAKLAND DIVISION

15
   JAMES ELLIS JOHNSON,                )     No. C 10-0647-LB
16                                     )
       Plaintiff,                     )
17                                     )     **STIPULATION AND [PROPOSED] ORDER**
     v.                              )     **TO EXTEND CASE MANAGEMENT**
18                                     )     **DEADLINES**
   UNITED STATES,                      )
19                                     )
       Defendant.                     )
20 _____ )

21     Plaintiff, proceeding pro se, and Defendant, by and through its attorneys of record, hereby

22 stipulate, subject to approval of the Court, to the following:

23     1. Counsel for Defendant was recently assigned as co-trial counsel in another matter in which

24 fact discovery closes on May 2, 2011.  The plaintiff's deposition in that matter has been scheduled

25 for April 7, 2011, and it conflicts with the Further Case Management Conference in this matter

26 which currently is scheduled for April 7, 2011 at 10:30 a.m.

27     2. Furthermore,  the parties have discussed their need for more time to complete discovery in

28 this matter while keeping in mind the Court's preference that the trial date not be altered.

STIPULATION TO EXTEND CMC DEADLINES
C 10-0647-LB                                1

3. Accordingly, the parties request that the Court adopt the following schedule:

| | |
|---|---|
| Further Case Management Conference | 4/14/2011 at 10:30am |
| Non-Expert Discovery Completion Date | 5/10/2011 |
| Expert disclosures required by Federal Rules of Civil Procedure | 5/10/2011 |
| Rebuttal expert disclosures | 5/25/2011 |
| Expert discovery completion date | 6/25/2011 |
| Last hearing date for dispositive motions | ~~7/21/2011, at 11:00 a.m.~~  7/28/11 at 11:00 a.m. |
| Meet and confer re pretrial filing | 8/23/2011 |
| Pretrial filings due | 9/1/2011 |
| Opposition, Objections, Exhibits, and Depo Designations due | 9/8/2011 |
| Final Pretrial Conference | 9/22/2011, at 1:30 p.m. |
| Trial | 10/3/2011, at 8:30 a.m. |
| Length of Trial | 4 days |

DATED: March 23, 2011

MELINDA L. HAAG
United States Attorney

/s/
JUAN D. WALKER
Special Assistant United States Attorney
Attorneys for Defendant United States

DATED: March 23, 2011

/s/

JAMES ELLIS JOHNSON
Plaintiff Pro Se

## [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: March 25, 2011

_____
LAUREL BEELER
United States Magistrate Judge

*IT IS SO ORDERED.*
*Judge Laurel Beeler*

STIPULATION TO EXTEND CMC DEADLINES
C 10-0647-LB                     2