UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

JAMES ELLIS JOHNSON,

        Plaintiff,
    v.

UNITED STATES,

        Defendant.
_____/

No. C 10-00647 LB

**ORDER REGARDING CASE MANAGEMENT DATES AND INTERROGATORIES**

**[ECF No. 46]**

On April 14, 2011, the court held a case management conference with the parties. The parties agreed to modify the case management dates as follows:

| Case Event | Date |
| --- | --- |
| Further Case Management Conference | 6/9/11 |
| Non-Expert Discovery Completion | 6/10/11 |
| Expert Disclosures | 6/10/11 |
| Rebuttal Expert Disclosures | 6/25/11 |
| Expert Discovery Completion | 7/25/11 |
| Last Hearing for Dispositive Motions | 8/25/11 at 11:00 a.m. |
| Meet and Confer Regarding Pretrial Filings | 8/29/11 |
| Pretrial Filings Due | 9/8/11 |
| Opposition, Objections, Exhibits, and Depo Designations Due | 9/13/11 |
| Final Pretrial Conference | 9/22/11 at 10:30 a.m. |

C 10-00647 LB
ORDER RE CASE MANAGEMENT DATES & INTERROGATORIES

| Case Event | Date |
|---|---|
| Trial | 10/3/11 at 8:30 a.m. |
| Length of Trial | 4 days |

Mr. Johnson will serve the United States with 30 interrogatories. Mr. Johnson will either re-submit 30 interrogatories from the ones that he has already served on the United States or he will submit 30 new interrogatories.

This terminates ECF No. 46.

**IT IS SO ORDERED.**

Dated: April 14, 2011

_____
LAUREL BEELER
United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California