1
2
3
4
5
6
7
8                           UNITED STATES  DISTRICT COURT

9                            Northern District of California

10                                Oakland Division

11   JAMES ELLIS JOHNSON,                    No. C 10-00647 LB

12              Plaintiff,                   **ORDER DENYING PLAINTIFF'S
                                             MOTION FOR AN ORDER
13        v.                                 FORFEITING DEFENDANT'S RIGHT
                                             TO FILE A SUMMARY JUDGMENT
14   UNITED STATES OF AMERICA,               MOTION AND THAT DEFENDANT
                                             PAY 20% OF PLAINTIFF'S
15              Defendant.                   MEDICAL BILLS NOT COVERED BY
                                             MEDICARE**
16   _____/

17        Plaintiff James Johnson brought this medical malpractice action against defendant United States

18   (the "Government") under the Federal Tort Claims Act, 28 U.S.C. §§ 1346, 2671-80.  Complaint,

19   ECF No. 1.[1]  He alleges that he underwent surgery at the United States Department of Veterans

20   Affairs ("VA") Medical Center in San Francisco, California on December 19, 2005 and was

21   discharged two days later.  *Id*. ¶¶ 8-9.  Two days was too soon, he says, and as a result, he suffered

22   injury.  *Id*. ¶ 11.

23        Mr. Johnson has now filed a motion requesting that the court (1) "forfeit" the Government's

24   right to file a motion for summary judgment and (2) order the Government to pay the 20% of his

25   medical bills that Medicare does not cover.  Motion, ECF No. 83.  In support of his motion, Mr.

26   Johnson contends that the Government has engaged in a conspiracy to prevent him from obtaining

27   _____

28        [1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronic page
     number at the top of the document, not the pages at the bottom.

     C 10-00647 LB

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES DISTRICT COURT
For the Northern District of California

medical records that he plans to use with respect to an upcoming expert report.[2]  *See id*.  The Government has, according to Mr. Johnson, informed his doctors who are not affiliated with the VA that it would not pay for his medical care outside of the VA system on a fee basis.  *See id* at 2-4.  As a result, he has to pay for his "outside" medical treatment through Medicare, which only covers 80% of the costs.  *Id* at 2.  In addition, the Government somehow has "undermined" his ability to get the medical information he needs.  *Id*. at 3.

As the Government points out in opposition, Mr. Johnson has failed to provide admissible facts in support of his "conspiracy" claim or cite any law in support of the extraordinary relief he seeks.[3]  Opposition, ECF No. 84.  Indeed, Mr. Johnson's motion, which he signed under penalty of perjury, is replete with hearsay and unsubstantiated, conclusory statements.  *See*, *generally*, Motion, ECF No. 83.  Moreover, even if the Government no longer will pay for his "outside" medical care on a fee basis (although Mr. Johnson has submitted no evidence on this point), the court is at a loss to understand how this would prevent Mr. Johnson from obtaining discovery.

Under the circumstances and the record before it, the court refuses to grant either of Mr. Johnson's requests.  His motion is DENIED.

This disposes of ECF No. 83.

**IT IS SO ORDERED.**

Dated: October 13, 2011

_____
LAUREL BEELER
United States Magistrate Judge

---

[2] Previously, this court continued the deadlines for this case because Mr. Johnson needed additional time to conduct discovery.  Order, ECF No. 80.  Discovery is ongoing, and the current expert discovery deadline is November 3, 2011.  *Id*.

[3] Either in lieu of or perhaps as a reply, Mr. Johnson filed a document containing brief descriptions of various federal cases in which plaintiffs were awarded medical damages.  Response, ECF No. 85.  None of these cases, though, relate to or support Mr. Johnson's request that the court deny the Government its right to file a motion for summary judgment or order the Government to pay 20% of his "outside" medical bills.

C 10-00647 LB