UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| JAMES ELLIS JOHNSON,<br><br>                Plaintiff(s),<br>   v.<br>UNITED STATES,<br><br>                Defendant(s). | No. C 10-00647 LB<br><br>**ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO CONTINUE DISPOSITIVE MOTION DEADLINES** |

Recently, at both parties' request, the court has extended the dispositive motion deadline several times. The court has extended the dispositive motions deadline on three occasions. 12/15/2011 Order, ECF No. 94; 01/03/2012 Order, ECF No. 97; 01/26/2012 Order, ECF No. 111.[1] The last day for hearing dispositive motions has been moved from February 2, 2012, to February 16, 2012, to March 1, 2012, and, finally, to March 15, 2012. The pretrial conference in this case is set for May 10, 2012, and trial is set for May 21, 2012.

Defendant filed its summary judgment motion on January 23, 2012, and the court ordered that it be heard on March 15, 2012. 01/26/2012 Order, ECF No. 111. The court also set the following briefing schedule for Defendant's motion: Mr. Johnson's opposition to Defendant's motion is due no later than February 9, 2012, and Defendant's reply in support of its motion is due no later February 16, 2012. *Id.* In addition, given that the dispositive motion hearing date was set for March 15, 2012,

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronic page number at the top of the document, not the pages at the bottom.

the court also ordered Mr. Johnson to file his summary judgment motion no later than February 9, 2011 (with briefing on Mr. Johnson's motion to proceed in accordance with this District' Civil Local Rule 7-3). *Id.*

Now, Mr. Johnson has asked for three additional days. Motion, ECF No. 112. Defendant does not oppose his request. Good cause being shown, Mr. Johnson's motion is GRANTED. Mr. Johnson's opposition to Defendant's summary judgment motion is due no later than <u>Monday, February 13, 2012</u>, and Defendant's reply in support of its summary judgment motion is due no later than <u>Monday, February 20, 2012</u>. Mr. Johnson may file his own summary judgment motion no later than <u>Monday, February 13, 2012</u>, and briefing on the motion <u>shall proceed in accordance with this District' Civil Local Rule 7-3</u> (opposition brief is due within 14 days of service and filing of motion; reply brief is due within 7 days of service and filing of opposition brief).

**This is the final extension**.

This disposes of ECF No. 112.

**IT IS SO ORDERED.**

Dated: February 3, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 10-00647 LB

2