UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| JAMES ELLIS JOHNSON,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES,<br><br>  Defendant.<br>_____/ | No. C 10-00647 LB<br><br>**ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO EXTEND DEADLINE FOR FILING A REPLY IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT**<br><br>[Re: ECF No. 123] |

At both parties' request, the court has extended the dispositive motion deadline several times. 12/15/2011 Order, ECF No. 94; 01/03/2012 Order, ECF No. 97; 01/26/2012 Order, ECF No. 111.[1] The last day for hearing dispositive motions has been moved from February 2, 2012, to February 16, 2012, to March 1, 2012, and to March 15, 2012.  01/26/2012 Order, ECF No. 111.

Defendant filed its summary judgment motion on January 23, 2012, Defendant's Motion, ECF No. 103.  Briefing on this motion has been completed.  Plaintiff's Opposition and Motion, ECF No. 116; Defendant's Reply and Opposition to Plaintiff's Motion, ECF No. 120.

Mr. Johnson's opposition to Defendant's motion doubled as his own motion for summary judgment.  Plaintiff's Opposition and Motion, ECF No. 116.  It was filed on February 16, 2012.  *Id*. Defendant timely filed its opposition on February 23, 2012.  Defendant' Reply and Opposition to

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronic page number at the top of the document, not the pages at the bottom.

1 Plaintiff's Motion, ECF No. 120. Pursuant to the Federal Rules of Civil Procedure and this

2 District's Civil Local Rules, Mr. Johnson's reply in support of his motion for summary judgment

3 was due March 5, 2012. *See* Fed. R. Civ. P. 6(a)(1) (for periods stated in days, exclude the day of

4 event, count every day, and if the last day is a Saturday, Sunday, or legal holiday, continue the

5 period until the end of the next day that is not a Saturday, Sunday, or legal holiday); N.D. Cal. Civ.

6 L.R. 5-5(a)(2) ("If the serving party elects to send the pleading or paper by mail, 3 days are added to

7 the time in which any party must respond, as permitted by Fed. R. Civ. P. 6(d)."); N.D. Cal. Civ.

8 L.R. 7-3 ("Any reply to an opposition must be served and filed by the moving party not more than 7

9 days after the opposition is served and filed.").

10 Mr. Johnson did not file a reply by March 5, 2012. Instead, on March 2, 2012, he filed an

11 administrative motion asking that he have until March 9, 2012 to file it. Administrative Motion,

12 ECF No. 123. Defendant filed a statement of non-opposition to Mr. Johnson's request. Defendant's

13 Non-Opposition, ECF No. 124.

14 Good cause being shown, the court GRANTS Mr. Johnson's administrative motion. His reply in

15 support of his motion for summary judgment now is due **no later than March 9, 2012**.

16 This disposes of ECF No. 123.

17 **IT IS SO ORDERED.**

18 Dated: March 6, 2012

19 _____
LAUREL BEELER
United States Magistrate Judge

C 10-00647 LB

2